```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 12953
   LUCINE OSHANA
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5521

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/11/2006 and was confirmed 12/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC        .00              .00            .00
HOMEQ SERVICING CORP      CURRENT MORTG        .00              .00            .00
HOMEQ SERVICING CORP      MORTGAGE ARRE   12509.00              .00        1267.85
WFS FINANCIAL             SECURED VEHIC    3559.44           125.42         862.91
COOK COUNTY TREASURER     SECURED NOT I    3524.53              .00            .00
ACC INTERNATIONAL         UNSECURED       NOT FILED             .00            .00
DUTTON & DUTTON           NOTICE ONLY     NOT FILED             .00            .00
HOME DEPOT                UNSECURED       NOT FILED             .00            .00
ILLINOIS DEPT OF EMP SEC  UNSECURED       NOT FILED             .00            .00
SEARS                     UNSECURED       NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSECURED        3214.98              .00            .00
LVNV FUNDING LLC          UNSECURED         573.10              .00            .00
ECAST SETTLEMENT CORP     UNSECURED          47.04              .00            .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY      1,500.00                          454.51
TOM VAUGHN                TRUSTEE                                            169.31
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               2,880.00

PRIORITY                                            .00
SECURED                                         2,130.76
    INTEREST                                      125.42
UNSECURED                                           .00
ADMINISTRATIVE                                    454.51
TRUSTEE COMPENSATION                              169.31
DEBTOR REFUND                                       .00
                     ---------------         ---------------
TOTALS                2,880.00                  2,880.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12953 LUCINE OSHANA
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 12953 LUCINE OSHANA